IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN THE MATTER OF A SEARCH WARRANT DIRECTED TO GOOGLE | Case No. *1:19-SW-3380 PAS* (handwritten) **Filed Under Seal** |

## O R D E R

This matter came on to be heard on September 27, 2019 before this Court on the

Government's ex parte Motion pursuant to 28 U.S.C. § 1651 and 18 U.S.C. § 2705(b) for the

Issuance of a Protective Order directing Google not to disclose the existence of a search warrant

served upon them for the production of certain records related to email account:

Memo0588@gmail.com

for a period of six months. After due consideration thereon the Court finds there is reason to

believe that the disclosure of the issuance of the search warrant will result in individuals fleeing

to avoid prosecution, destroying or tampering with evidence, intimidating witnesses or will

otherwise seriously jeopardize and ongoing criminal investigation. Accordingly, it is hereby

**ORDERED, ADJUDGED AND DECREED**

Google shall not disclose the existence of the above described search warrant, the

application, or this Order of the Court, to the listed customers or to any other person, for a period

of six months or until otherwise authorized to do so by the Court.

_Sept 27, 2019_
DATE

_____
PATRICIA A. SULLIVAN
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE