UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IN RE: SEARCH WARRANTS, PEN REGISTERS AND TRAP AND TRACE DEVICE ORDERS | Misc. No. 1:19-SW-330-PAS |

## **MOTION TO UNSEAL**

The United States of America, by and through its attorneys, Aaron L. Weisman, United States Attorney, and William J. Ferland, Assistant United States Attorney, moves that the Application for Search Warrant, Search Warrant and Supporting Affidavit along with Applications and Orders for Pen Registers and Trap and Trace Devices, in the above-referenced matter be unsealed. As a basis for said Motion, the Government avers that there are currently seven defendants under indictment in this district (Docket Number 19-CR-116-WES) and the Government is obligated to provide discovery including the above captioned Search Warrants, Pen Registers and Trap and Trace Devices.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorney,

AARON L. WEISMAN
United States Attorney

WILLIAM J. FERLAND
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email: william.ferland@usdoj.gov

SO ORDERED:

_____
PATRICIA A. SULLIVAN
U.S. MAGISTRATE COURT JUDGE

DATE: Oct 22, 2019